| | |
|---|---|
| ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>Robert.Freeman@lewisbrisbois.com<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>702.893.3383<br>FAX: 702.893.3789<br>    Attorneys for Defendants<br>    Las Vegas Metropolitan Police<br>    Department, Corrections Officer<br>    Angelo Larry and Corrections Officer<br>    Rolando Trevino | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

\*\*\*

| | |
|---|---|
| PATRICIA FITZPATRICK and ROBERT L. ANSARA, as Special Co-Administrators and Special Representatives of the Estate of JERREMIAH BOWLING, deceased; and PATRICIA FITZPATRICK, as Heir and Mother of JEREMIAH BOWLING, deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; ANGELO LARRY, Corrections Officer, individually and in his official capacity; ROLANDO TREVINO, Corrections Officer, individually and in his official capacity; DOES 1 through 10, individually and/or in their official capacities; DOE CLASSIFICATION OFFICERS I through 10, individually and/or in their official capacities; DOE CORRECTIONS OFFICERS I through 10, individually and/or in their official capacities; ROE CORPORATIONS I through 10, Foreign and/or Domestic Corporations, NAPHCARE, INC., an Alabama corporation qualified to do business in the State of Nevada; DOE HEALTH CARE PROVIDERS1 through 10, individually,<br><br>    Defendants. | CASE NO. 2:17-cv-1886-JAD-PAL<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE FOR THE FILING OF DEFENDANTS LAS VEGAS METROPOLITAN POLICE DEPARTMENT, CORRECTIONS OFFICER ANGELO LARRY AND CORRECTIONS OFFICER ROLANDO TREVINO ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

4812-6821-8463.1

**STIPULATION AND ORDER EXTENDING THE DEADLINE
FOR THE FILING OF DEFENDANTS LAS VEGAS METROPOLITAN
POLICE DEPARTMENT, CORRECTIONS OFFICER ANGELO LARRY
AND CORRECTIONS OFFICER ROLANDO TREVINO'S
ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Robert W. Freeman, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, counsel for Defendants Las Vegas Metropolitan Police Department, Corrections Officer Angelo Larry and Corrections Officer Rolando Trevino and Nadine M. Morton, Esq., of MORTON LAW, PLLC, counsel for Plaintiffs Patricia Fitzpatrick and Robert L. Ansara, as Special Co-Administrators and Special Representatives of the Estate of Jerremiah Bowling, deceased; and Patricia Fitzpatrick, as Heir and Mother of Jeremiah Bowling, that:

The due date for Defendants' Answer to Plaintiffs' Second Amended Complaint (ECF No. 32), be extended from March 12, 2018, to March 19, 2018.

**Reason for the Extension:**

Because of the complexity of the claims made in Plaintiffs' Amended Complaint, Defendants need additional time to perform an investigation prior to filing a responsive pleading.

…

4812-6821-8463.1

2

This is the first request to extend this deadline, which is made in good faith and not for purposes of delay.

DATED this 12th day of March, 2018.　　　DATED this 12th day of March 2018.

MORTON LAW, PLLC　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Nadine M. Morton*　　　　　　　　　　*/s/ Robert W. Freeman*
Nadine M. Morton, Esq.　　　　　　　　　Robert W. Freeman, Jr., Esq.
Nevada Bar No. 8583　　　　　　　　　　Nevada Bar No. 3062
11700 West Charleston Blvd.　　　　　　6385 S. Rainbow Blvd., Suite 600
Suite 170-65　　　　　　　　　　　　　　Las Vegas, Nevada 89118
Las Vegas, Nevada 89135　　　　　　　　*Attorneys for Defendants*
*Attorney for Plaintiffs*

　　　IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

　　　　　　　　DATED: March 13, 2018