UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICIA FITZPATRICK, et al., | Case No. 2:17-cv-01886-JAD-PAL |
| Plaintiffs, | ORDER |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants. | |

The court conducted a hearing on July 26, 2018 on the parties' Motion to Amend Complaint (ECF No. 66), and Stipulation to Extend Time (ECF No. 67). Nadine Morton and A.J. Sharp appeared on behalf of plaintiffs. Robert Freeman and Stephen Vogel appeared on behalf of defendants.

Plaintiffs seek to amend the complaint for a fourth time in order to eliminate potential semantics-based arguments so that any pretrial proceedings, as well as any potential appeals regarding this matter, may remain focused on substance rather than on semantic gamesmanship.

Defendant Naphcare does not oppose the filing of the amended complaint as long as the clarifying language proposed in the Fourth Amended Complaint does not cure the fatal deficiencies laid out in defendant's Motion to Dismiss (ECF No. 39).

Plaintiff replies that the filing of the Fourth Amended Complaint would not have, and should not be construed to have, any effect on Naphcare's pending Motion to Dismiss (ECF No. 39), plaintiffs' Opposition (ECF No. 47), and/or Naphcare's Reply (ECF No. 49).

The district judge will determine what, if any, significance the Fourth Amended Complaint has on any motions pending before her. The court will grant the parties motion to amend the complaint, and will extend the discovery and related deadlines 90 days from the existing deadlines. Accordingly,

**IT IS ORDERED** that:

1. The Motion to Amend the Complaint (ECF No. 66) is **GRANTED** and plaintiff shall separately file the Fourth Amended Complaint forthwith.

2. The parties' Stipulation to Extend Time (ECF No. 67) is **GRANTED** and the following deadlines shall apply:

    a. Last date to complete discovery: **December 17, 2018**

    b. Last date to amend pleadings and add parties: **September 17, 2018.**

    c. Last date to file interim status report: **October 17, 2018.**

    d. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **October 17, 2018.**

    e. Last date to disclose rebuttal experts: **November 16, 2018.**

    f. Last date to file dispositive motions: **January 16, 2019.**

    g. Last date to file joint pretrial order: **February 15, 2019**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

    h. **No further extensions will be granted**.

3. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

DATED this 2nd day of August, 2018.

                                                PEGGY A. LEEN
                                                UNITED STATES MAGISTRATE JUDGE