UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICIA FITZPATRICK, et al.,<br><br>Plaintiffs,<br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. 2:17-cv-01886-JAD-PAL<br><br>**ORDER**<br><br>(Stip. Stay Disc. – ECF No. 81) |

This matter is before the court on the parties' Stipulation and Order to Stay Discovery Pending the Outcome of Private Mediation (ECF No. 81). This stipulation was filed December 19, 2018, after the expiration of the discovery cutoff. *See* Order (ECF No. 75).

The parties state that on December 12, 2018, during a Rule 30(b)(6) deposition of LVMPD they agreed to stay discovery pending the outcome of private mediation. A private mediation is now set for March 21, 2019. The request for a stay indicates they will submit a stipulation and order within 30 days advising the court of the outcome of the mediation and submit new discovery deadlines "including the discovery cutoff (providing ample time to complete the remaining depositions."

The parties have already had ample time to complete discovery. At a hearing held on July 26, 2018, the court granted the parties stipulation to extend the discovery plan and scheduling order deadlines an additional 90 days but advised the parties no further extensions would be allowed. *See* Mins. of Proceedings (ECF No. 73); Order (ECF No. 75) at 2 ("**No further extensions will be granted**.") (emphasis in original). As discovery closed before the stipulation was filed the parties are really requesting to reopen discovery "providing ample time to complete the remaining depositions" if the mediation is not successful. The parties state they agreed to this proposal December 12, 2018, a week before the extended discovery cutoff. The parties do not explain

1

whether the remaining depositions were scheduled to be completed before the cutoff or why they waited until near the extended cutoff to schedule the Rule 30(b)(6) deposition.

Under these circumstances, the court will not approve the parties' stipulation requesting an opportunity to complete depositions if the mediation is unsuccessful. The court will stay the deadline for filing dispositive motions and the deadline for filing the joint pretrial order to conserve resources until after the mediation. The court will also allow the parties to complete the Rule 30(b)(6) deposition that was in progress on December 12, 2018 and not completed. However, the request to reopen discovery if the mediation is not successful is denied.

Accordingly,

**IT IS ORDERED:**

1. The parties' Stipulation and Order to Stay Discovery Pending the Outcome of Private Mediation (ECF No. 81) is **GRANTED in part and DENIED in part**.
2. The request to submit a stipulation giving the parties "ample time" to complete depositions after the expiration of the extended discovery cutoff is **DENIED**.
3. The parties shall have until **April 2, 2019**, to complete the Rule 30(b)(6) deposition of LVMPD that was continued by agreement on December 12, 2018, if the March 19, 2019 mediation does not resolve all claims.
4. The deadline to file dispositive motions is extended to **April 18, 2019.**
5. The deadline for filing the joint pretrial order is extended to **May 20, 2019**. If dispositive motions are timely filed, the date for filing the joint pretrial order shall be suspended until 30 days after the district judge issues a decision on the dispositive motions.

Dated this 4th day of January 2019.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2