# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PATRICIA FITZPATRICK, et al.,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No.: 2:17-cv-01886-JAD-BNW

**Order**

[Docket No. 129]

On February 4, 2020, the Court set this matter for a settlement conference. Docket No. 128. On February 20, 2020, the LVMPD Defendants filed a notice of appeal. Docket No. 133. On February 28, 2020, Defendant Naphcare filed dispositive motions. Docket Nos. 137-38.

Given the changed procedural posture, the settlement conference is hereby **VACATED**. The motion for exceptions to attendance requirements (Docket No. 129), is hereby **DENIED** as moot.

IT IS SO ORDERED.

Dated: March 4, 2020

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge