NADINE M. MORTON, ESQ.
Nevada Bar No. 8583
**MORTON LAW, PLLC**
11700 West Charleston Boulevard
Suite 170-65
Las Vegas, NV 89135
Telephone: (702) 718-3000
Nadine@mortonlawnv.com

A. J. SHARP, ESQ.
Nevada Bar No. 11457
**SHARP LAW CENTER**
11700 West Charleston Boulevard
Suite 234
Las Vegas, NV 89135
Telephone: (702) 250-9111
ajsharp@sharplawcenter.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA FITZPATRICK and ROBERT L. ANSARA, as Special Co-Administrators and Personal Representatives of the Estate of JEREMIAH BOWLING, deceased; and PATRICIA FITZPATRICK, as Heir and Mother of JEREMIAH BOWLING, deceased,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; THOMAS STRIEMER, Corrections Officer, individually and in his official capacity; ANGELO LARRY, Corrections Officer, individually and in his official capacity; ROLANDO TREVINO, Corrections Officer, individually and in his official capacity; and NAPHCARE, INC., an Alabama corporation,<br><br>　　　　　　　　　　Defendants. | Case No.: 2:17-cv-1886-JAD-BNW<br><br>**STIPULATION TO CONTINUE FRCP 30(b)(6) DEPOSITION OF LAS VEGAS METROPOLITAN POLICE DEPARTMENT TO SEPTEMBER 11, 2020**<br><br>**[THIRD REQUEST]** |

COME NOW PLAINTIFFS PATRICIA FITZPATRICK and ROBERT L. ANSARA, by and through their counsel of record, NADINE M. MORTON ESQ. of MORTON LAW, PLLC, and A. J. SHARP, ESQ. of SHARP LAW CENTER, Defendant THOMAS STRIEMER and Third Party LAS VEGAS METROPOLITAN POLICE DEPARTMENT, by and through their counsel of record, ROBERT W. FREEMAN, ESQ. of LEWIS BRISBOIS BISGAARD & SMITH LLP, and Defendant NAPHCARE, INC., by and through its counsel of record, S. BRENT VOGEL, ESQ. of LEWIS BRISBOIS BISGAARD & SMITH LLP (collectively herein, the "Parties"), and Stipulate to conduct the continued deposition of Las Vegas Metropolitan Police Department, pursuant to FRCP 30(b)(6), from Friday, June 19, 2020, to **Friday, September 11, 2020, at 10:00 a.m.** Pursuant to Local Rule IA 6-1(a), the Parties represent that this is the third request for extension of this time, as explained below.

**PROCEDURAL BACKGROUND**

On February 14, 2020, this Court granted the Parties' Stipulation to conduct the continued FRCP 30(b)(6) deposition of Las Vegas Metropolitan Police Department ("LVMPD") on April 3, 2020. *Docket Filing #132.* On April 1, 2020, this Court approved extension of the continuance through Friday, June 19, 2020, in light of the need for Defense counsel's office to be reconfigured to accommodate the ongoing COVID-19 pandemic. *Docket Filing #147.*

However, in late May 2020, Defense counsel's firm imposed a "phased-in reopening" of its office, such that in-person depositions will not be possible until at least late August. Moreover, in the interim, Defense counsel learned that LVMPD's prior FRCP 30(b)(6) designee, Sergeant Albright, had been reassigned to a different department, and that LVMPD therefore chose to designate a different individual for the remainder of the deposition. Because of the firm's COVID-19 restrictions, Defense counsel will not be permitted to meet in-person with the new designee to prepare for the deposition until late August.

//
//
//
//

-2-

The Parties therefore have agreed to Stipulate, subject to this Court's approval, to conduct the continued FRCP 30(b)(6) deposition of LVMPD on **Friday, September 11, 2020, at 10:00 a.m**. The Parties aver that good cause exists for the requested stay and that this Stipulation is not submitted for purposes of delay.

DATED this 19th day of June, 2020.

**MORTON LAW, PLLC**

/s/ Nadine M. Morton
Nadine M. Morton, Esq.
Nevada Bar No. 8583
11700 West Charleston Blvd.
Suite 170-65
Las Vegas, Nevada 89135
*Attorney for Plaintiffs*

DATED this 19th day of June, 2020.

**LEWIS BRISBOIS BISGAARD & SMITH**

/s/ S. Brent Vogel
S. Brent Vogel, Esq.
Nevada Bar No. 6858
6385 South Rainbow Boulevard
Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Naphcare, Inc.*

DATED this 19th day of June, 2020.

**LEWIS BRISBOIS BISGAARD & SMITH**

/s/ Robert W. Freeman
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
6385 South Rainbow Boulevard
Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Thomas Striemer and Third Party Las Vegas Metropolitan Police Department*

**ORDER**

IT IS SO ORDERED.

Dated this 22nd day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

-3-