ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
    Attorneys for Defendants
    Las Vegas Metropolitan Police
    Department, Corrections Officer Thomas
    Striemer, Corrections Officer
    Angelo Larry and Corrections Officer
    Rolando Trevino

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| PATRICIA FITZPATRICK and ROBERT L. ANSARA, as Special Co-Administrators and Special Representatives of the Estate of JEREMIAH BOWLING, deceased; and PATRICIA FITZPATRICK, as Heir and Mother of JEREMIAH BOWLING, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; THOMAS STRIEMER, Corrections Officer, individually and in his official capacity; ANGELO LARRY, Corrections Officer, individually and in his official capacity; ROLANDO TREVINO, Corrections Officer, individually and in his official capacity; DOES 1 through 10, individually and/or in their official capacities; DOE CLASSIFICATION OFFICERS I through 10, individually and/or in their official capacities; DOE CORRECTIONS OFFICERS I through 10, individually and/or in their official capacities; ROE CORPORATIONS I through 10, Foreign and/or Domestic Corporations, NAPHCARE, INC., an Alabama corporation qualified to do business in the State of Nevada; DOE HEALTH CARE PROVIDERS 1 through 10, individually,<br><br>Defendants. | CASE NO. 2:17-cv-1886-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 163 |

4836-3369-7745.1

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 13 day of November, 2020.

LEWIS BRISBOIS BISGAARD & SMITH

/s/
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

DATED this 12th day of November, 2020.

MORTON LAW, PLLC

/s/
Nadine M. Morton, Esq.
Nevada Bar No. 8583
11700 West Charleston Blvd.
Suite 170-65
Las Vegas, Nevada 89135
*Attorney for Plaintiffs*

DATED this 12 day of November, 2020.

SHARP LAW CENTER

/s/
A.J. Sharp, Esq.    NV BAR # 11457
Nevada Bar No. 11457
11700 West Charleston Blvd.
Suite 234
Las Vegas, Nevada 89135
*Attorneys for Plaintiffs*

## ORDER

Based on the parties' stipulation **[ECF No. 163]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 13, 2020

4836-3369-7745.1

2